### Deborah Anne WELLS, Plaintiff–Appellant,

v.

### CLACKAMAS GASTROENTEROLOGY ASSOCIATES, P.C., Oregon Corporation, Defendant–Appellee.

No. 00–35545.

United States Court of Appeals, Ninth Circuit.

June 13, 2003.

Craig A. Crispin, Crispin and Associates, Portland, OR, for Plaintiff–Appellant.

Steven W. Seymour, Samuels Yeolin Wiener Kantor & Seymour, Portland, OR, for Defendant–Appellee.

Before THOMPSON, TASHIMA, and GRABER, Circuit Judges.

### ORDER

Our prior judgment, *Wells v. Clackamas Gastroenterology Associates, P.C.*, 271 F.3d 903 (9th Cir.2001), having been reversed and remanded by the Supreme Court, *Clackamas Gastroenterology Associates, P.C. v. Wells*, —— U.S. ——, 123 S.Ct. 1673, 155 L.Ed.2d 615 (2003), the judgment of the district court is reversed and the case remanded for further proceedings consistent with the opinion of the Supreme Court.